**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JORGE ORTIZ CEDILLO,**

**Petitioner,**

**v.** **No. 1:26-cv-00471-SMD-KRS**

**PAMELA BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; DAVID EASTERWOOD, in his official capacity as Acting Director of the St. Paul Field Office of U.S. Immigration and Customs Enforcement;**

**Respondents.**

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 24), Final Judgment is hereby entered in favor of Petitioner Jorge Ortiz Cedillo and against Respondents Pamela Bondi, Kristi Noem, Todd Lyons, and David Easterwood.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**